IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **JULIE GRABNER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:24-cv-00915 |
| **FREEDOM MORTGAGE** | § | |
| **CORPORATION** | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT'S ADVISORY TO THE COURT
OF AGREEMENT OF THE PARTIES**

Defendant Freedom Mortgage Corporation ("Defendant" or "Freedom") files this its *Advisory to the Court of Agreement of the Parties* and respectfully show as follows:

Defendant is advising the court that on March 20, 2024, the parties reached an agreement in this matter. The letter of agreement is attached as Exhibit A. Defendant will file the *Joint Stipulation of Dismissal* shortly.

    Respectfully submitted,

*/s/ Bradley Conway*
**Bradley Conway**
Texas Bar No. 24055340
S.D. Tex. Bar No. 1487538
bconway@mgs-legal.com
**Dustin George**
Texas Bar No. 24065287
S.D. Tex. Bar No. 1812265
dgeorge@mgs-legal.com
**MILLER, GEORGE & SUGGS, PLLC**
6080 Tennyson Pkwy., Ste. 100
Plano, Texas 75024
Phone: (972) 532-0128
Fax: (214) 291-5507

*Attorneys for Defendant Freedom Mortgage Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2024 a true and correct copy of the foregoing was served via ECF service on the following counsel:

**Robert C. Newark, III**
robert@newarkfirm.com
*Attorney for Plaintiff*

                                               */s/ Bradley Conway*
                                               **BRADLEY CONWAY**