# EXHIBIT A



Texas Office
6080 Tennyson Pkwy., Ste. 100
Plano, Texas 75024
Main: 972.532.0128
Fax: 214.291.5507
FLORIDA | TEXAS | GEORGIA

March 20, 2024

Robert C. Newark, III                                            *VIA EMAIL*
Attorney at Law
A Newark Firm
1341 W. Mockingbird Lane, Ste 600W
Dallas, TX 75247
robert@newarkfirm.com

RE:   Letter of Agreement
      *Julie Grabner v. Freedom Mortgage Corporation* // Cause No. 4:24-cv-00915
      In the United States District Court for the Southern District of Texas Houston Division
      Property Address: 1918 Laurel Hill Dr., Kingwood, TX 77339
      MGS File No. 22TX135-0107

Mr. Newark,

As a follow up to our recent discussions, this letter will serve to confirm the agreement between your clients, Brett Grabner and Julie Grabner, and our client, Freedom Mortgage Corporation. The agreement is as follows:

1. Freedom Mortgage Corporation agrees to postpone the posting of notice of foreclosure sale for the property located at 1918 Laurel Hill Dr., Kingwood, TX 77339 ("Property") for 60 days from the date of this agreement. Freedom Mortgage Corporation agrees that it will not post, file, or mail notice of foreclosure sale of the Property as required by Texas Property Code § 51.002 until on or after May 20, 2024.

2. Brett Grabner and Julie Grabner agree to dismiss, with prejudice, any and all claims that have been or could have been brought against Freedom Mortgage Corporation. Brett Grabner and Julie Grabner, agree to execute a Joint Stipulation of Dismissal with Prejudice and Agreed Order to facilitate the dismissal with prejudice of the above referenced cause of action within 7 days of the execution of this agreement.

Please confirm acknowledgement and acceptance of the above agreement by signing below.

          Warmest Regards,

          */s/ Bradley Conway*
          **Bradley Conway**
          Texas Bar No. 24055340
          bconway@mgs-legal.com
          **Dustin George**
          Texas Bar No. 24065287
          dgeorge@mgs-legal.com
          **MILLER, GEORGE & SUGGS, PLLC**
          6080 Tennyson Pkwy., Ste. 100
          Plano, Texas 75024
          Phone: (972) 532-0128
          Fax: (214) 291-5507
          *Attorney for Freedom Mortgage Corporation*

**Accepted and Agreed:**

*/s/ Robert C. Newark, III (with permission)*
**Robert C. Newark, III**
Texas Bar No. 24040097
robert@newarkfirm.com
**A NEWARK FIRM**
1341 W. Mockingbird Lane, Ste 600W
Dallas, TX 75247
Phone: (866) 230-7236
Fax: (888) 316-3398
*Attorney for Brett Grabner and Julie Grabner*